UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL RUSSELL JOHNSON, et al.,<br><br>Defendants. | Case No. 1:21-cr-00537-JMC |

**JOINT NOTICE PURSUANT TO THE COURT'S
FEBRUARY 25, 2022 MINUTE ORDER**

Through their respective undersigned counsel, and pursuant to this Court's February 25, 2022 Minute Order, the above-captioned parties hereby give notice as follows concerning the March 17, 2022 suppression hearing set in the above-captioned case:

1. The defense anticipates calling the following Special Agents from the Federal Bureau of Investigation (FBI): Desirae Maldonado, David Mitchell, and Stacey Sullivan. The defense expects to call two additional witnesses who are not agents.

2. The United States anticipates calling FBI Special Agents David Mitchell, Stacey Sullivan, and James Faulkner.

3. The parties estimate that the evidentiary portion of the hearing will last as long as four hours.

Respectfully submitted,

| FOR THE DEFENSE: | FOR THE UNITED STATES: |
|---|---|
| /s/ | MATTHEW M. GRAVES |
| Kobie Flowers  (Bar No. 991403) | UNITED STATES ATTORNEY |

1

| | |
|---|---|
| BROWN, GOLDSTEIN & LEVY, LLP<br>1717 K Street, NW, Suite 900<br>Washington, DC 20006<br>Tel: (202) 742-5969<br>Fax: (202) 742-5948<br>kflowers@browngold.com | D.C. Bar No. 481052<br><br>By: */s/ Hava Mirell*<br>HAVA MIRELL<br>ASSISTANT U.S. ATTORNEY DETAILEE<br>CA Bar No. 311098<br>555 Fourth Street, NW<br>Washington, DC  20530<br>(213) 894-0717<br>Hava.Mirell@usdoj.gov |
| Monica Basche (Bar No. MD0105)<br>BROWN, GOLDSTEIN & LEVY, LLP<br>120 E. Baltimore Street, Suite 2500<br>Baltimore, Maryland  21202<br>Tel: (410) 962-1030<br>mbasche@browngold.com | */s/ Karen Rochlin*<br>KAREN ROCHLIN<br>DC Bar No. 394447<br>Assistant United States Attorney Detailee<br>U.S. Attorney's Office<br>Southern District of Florida<br>99 N.E. 4th Street<br>Miami, Florida  33132<br>(786) 972-9045<br>Karen.Rochlin@usdoj.gov |