Government ☐
Plaintiff ☐
Defendant ☐
Joint ☑
Court ☐

UNITED STATES OF AMERICA
vs.
3 - PAUL RUSSELL JOHNSON

Civil / (Criminal) No. 21-●537-3

MOTIONS HEARING   MAR. 17, 2022

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 16 | AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT | 3-17-22 | | FAULKNER | |
| 1 | SEARCH (GIS PHOTO) | 3-17-22 | 3-17-22 | MALDONADO | |
| 14 | OPEN SAFE PHOTO | | 3-17-22 | DWORKIN | |
| 2 | MAIL - 2 PAGES - TRAILER | 3-17-22 | 3-17-22 | DWORKIN | |
| 3 | EPE TREES WEBSITE PHOTO | 3-24-22 | 3-24-22 | P. JOHNSON | OVER OBJECTION |
| 7 | FARMHOUSE PHOTO | 3-24-22 | 3-24-22 | P. JOHNSON | |
| 6 | INSIDE 01 - ADDRESS (FLOOR) | 3-24-22 | 3-24-22 | P. JOHNSON | |
| 8 | TRAILER BEDROOM (OLDEST CHILD) | 3-24-22 | 3-24-22 | P. JOHNSON | |
| 9 | TRAILER (HALLWAY) 05 - ADDRESS | 3-24-22 | 3-24-22 | P. JOHNSON | OVER OBJECTION |
| 11 | GARAGE PHOTO (BOTTOM FLOOR) | 3-24-22 | 3-24-22 | P. JOHNSON | |

Government
Plaintiff
Defendant ☐
Joint ☑
Court ☐

UNITED STATES OF AMERICA
VS.
3- PAUL RUSSELL JOHNSON

Civil ☐ Criminal ☑ No. 21-537-3

MOTIONS HEARING 3-24-2022
(CONT. FROM 3-17-2022)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 12 | SEARCH PHOTO #1 (FBI AGENTS ARMOR TRUCK) | 3-24-22 | 3-24-22 | P. JOHNSON | OVER OBJECTION |
| 13 | SEARCH PHOTO #2 (DEF BEING PUT IN HANDCUFFS) | 3-24-22 | 3-24-22 | P. JOHNSON | |
| 19 | GAS PHOTO (UNREDACTED) 12-9-21 CERT. OF CUSTODIAN OF RECORDS | 3-24-22 | 3-24-22 | P. JOHNSON | |