IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 21-cr-537-JMC-3 |
| PAUL RUSSELL JOHNSON, *et al.*, : | |
| Defendants. : | |

### MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel files this Motion to Withdraw as Counsel. In support of this Motion, undersigned counsel states the following:

1. On April 12, 2021, Defendant Paull Russell Johnson was charged by a Complaint with offenses related to the breach of the Capitol on January 6, 2021.

2. On April 28, 2021, Kobie Flowers entered his appearance for Mr. Johnson. Monica Basche subsequently entered her appearance for Mr. Johnson on May 27, 2021.

3. Both Mr. Flowers and Ms. Basche are attorneys at Brown, Goldstein & Levy LLP.

4. Mr. Flowers and Ms. Basche respectfully request the Court's leave to withdraw as counsel for Mr. Johnson for reasons that undersigned counsel cannot discuss because of counsel's on-going duty of loyalty to Mr. Johnson, the attorney-client privilege, and the work product doctrine.

5. Mr. Flowers and Ms. Basche respectfully request that the Court appoint counsel for Mr. Johnson under the Criminal Justice Act. *See* D.D.C. L. Cr. R. 57.22.

6. Trial is set for March 6, 2023 (Dkt. No. 155). Undersigned counsel will work with subsequent counsel to guarantee both a smooth transfer and a continued serious defense of this very important case.

WHEREFORE, undersigned counsel respectfully request that this Court grant this Motion and withdraw the appearance of undersigned counsel.

Dated: July 7, 2022                                  Respectfully submitted,


                                                                          */s/*
                                                     Kobie Flowers (Bar No. 991403)
                                                     BROWN GOLDSTEIN & LEVY, LLP
                                                     1717 K Street, NW, Suite 900
                                                     Washington, DC 20006
                                                     Tel: (202) 742-5969
                                                     Fax: (202) 742-5948
                                                     kflowers@browngold.com

                                                     Monica Basche (Bar No. MD0105)
                                                     BROWN GOLDSTEIN & LEVY, LLP
                                                     120 E. Baltimore Street, Suite 2500
                                                     Baltimore, Maryland 21202
                                                     Tel: (410) 962-1030
                                                     Fax: (410) 385-0869
                                                     mbasche@browngold.com

                                                     *Counsel for Paul Russell Johnson*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of this pleading was served on all counsel of record via the Court's electronic filing service.

*/s/ Kobie Flowers*
Kobie Flowers

Date: July 7, 2022