AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cr-537 |
| Paul Russell Johnson | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paul Russell Johnson   .

Date:   08/17/2022

*Attorney's signature*

Lauren Rosen NC 46368
*Printed name and bar number*

1650 King Street, STE 500
Alexandria, VA 22314

*Address*

lauren_rosen@fd.org
*E-mail address*

(703) 600-0819
*Telephone number*

(703) 600-0800
*FAX number*