IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-537 (JMC) |
| ) | |
| PAUL JOHNSON ) | |
| Defendant. ) | |
| ) | |

NOTICE OF INTENT TO JOIN

Paul Johnson, through counsel, respectfully submits this notice of his intention to join pretrial motions filed by co-defendants in this case. Specifically, Mr. Johnson seeks to join ECF No. 204 Motion to Dismiss Count One & 206 Motion to Dismiss Case 21-cr-332 filed by Stephen Chase Randolph.

Dated: October 31, 2022.

Respectfully Submitted,

/s/ Lauren E. S. Rosen
Lauren E. S. Rosen
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0800
(703) 600-0880 (fax)
Lauren_Rosen@fd.org