AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cr-537 |
| Paul Russell Johnson | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paul Russell Johnson.

Date:   Nov. 1, 2022

*Attorney's signature*

Todd M. Richman, Va. Bar No. 41834
*Printed name and bar number*

1650 King Street, # 500
Alexandria, VA 22314
*Address*

todd_richman@fd.org
*E-mail address*

703-600-0845
*Telephone number*

703-600-0880
*FAX number*