IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-537 (JMC) |
| | ) | |
| PAUL JOHNSON | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>WAIVER OF JURY TRIAL</u>

Paul Johnson, through counsel, respectfully submits the attached waiver of a trial by jury. Mr. Johnson wishes to proceed by bench trial in the above captioned matter.

Dated: September 28, 2023.

Respectfully Submitted,

<u>/s/ Lauren E. S. Rosen</u>
Lauren E. S. Rosen
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0800
(703) 600-0880 (fax)
Lauren_Rosen@fd.org