UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:21-cr-537 (JMC) |
| | ) | |
| PAUL RUSSELL JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF INTENT TO JOIN

Paul Rusell Johnson, through counsel, joins Mr. Randolph's request to extend the deadline to file any post-trial motions pursuant to Federal Rule of Criminal Procedure 29 & 33 by 30 days.

Respectfully submitted,

PAUL RUSSELL JOHNSON
By Counsel,

/s/ Lauren E. S. Rosen
Lauren E. S. Rosen
Todd M. Richman
Assistant Federal Public Defenders
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0800
(703) 600-0880 (fax)
Lauren_Rosen@fd.org
Todd_Richman@fd.org