UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:21-cr-537 (JMC) |
| | ) | |
| PAUL RUSSELL JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING AND FILING DEADLINES

Paul Rusell Johnson, through counsel, respectfully requests that the Court continue his sentencing hearing, currently scheduled for August 8, 2024, and as a result extend the deadline to file memoranda in aid of sentencing, past the resolution of a forthcoming motion to dismiss Count 10. Prior to filing this motion undersigned conferred with government counsel who have no objection to the proposed continuance.

On February 2, 2024, following a bench trial, this Court returned a verdict convicting Mr. Johnson of five counts, including Count 10, a violation of 18 U.S.C. § 1512(c)(2). ECF No. 339. Following the Court's verdict, the Supreme Court issued *Fischer v. United States,* 603 U.S.___ (2024), additional authority that further supports Mr. Johnson's previously filed motion to dismiss. *See* ECF No. 202. Within the next two weeks, Mr. Johnson will file a motion to dismiss Count 10. To allow for resolution of Mr. Johnson's forthcoming motion prior to the sentencing hearing, it is respectfully requested that the Court continue the current sentencing hearing to a

1

date in late September or early October. If is further requested that the Court adjust the corresponding deadline to file memoranda in aid of sentencing and responses to align with the new sentencing date.

                                                Respectfully submitted,

                                                PAUL RUSSELL JOHNSON
                                                By Counsel,

                                                <u>/s/ Lauren E. S. Rosen</u>
                                                Lauren E. S. Rosen
                                                Todd M. Richman
                                                Assistant Federal Public Defenders
                                                Office of the Federal Public Defender
                                                1650 King Street, Suite 500
                                                Alexandria, Virginia 22314
                                                (703) 600-0800
                                                (703) 600-0880 (fax)
                                                Lauren_Rosen@fd.org
                                                Todd_Richman@fd.org