UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL RUSSELL JOHNSON,<br><br>    Defendant. | Case No. 21-cr-537-3 (JMC) |

## ORDER

At Defendant Paul Russell Johnson's sentencing on September 19, 2024, the Court ordered intermittent confinement for the first year of Defendant's sentence of probation. *See* ECF 442 at 5. At the request of the Bureau of Prisons (BOP), the Court hereby **CLARIFIES** that Johnson must serve a total of 104 days of intermittent confinement during the first year of probation. The intermittent confinement shall be served on consecutive weekends, Saturday at 5pm until Monday morning or as directed by the BOP, and shall be served at a Residential Reentry Center (RRC) or another facility designated by the BOP. While in the RRC/BOP designated facility Johnson shall not be granted any social or employment passes. Johnson must follow the rules and regulations of the designated facility.

In addition, the Court hereby **RECOMMENDS** that any facility designated by the BOP be located within 60 miles of Johnson's residence.

The Court further notes that the Parties were given advance notice of this Order and both Parties represented that they did not object.

1

**SO ORDERED.**

                                                                                              _____

JIA M. COBB
United States District Judge

Date: November 25, 2024